UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MILTON ADLER, :
on behalf of himself :
and all others similarly situated, :
:
          Plaintiff, :
: Civil Action No. 13-cv-4866 (VB)
:
    -against- : NOTICE OF MOTION
:
BANK OF AMERICA, N.A., :
:
:
          Defendant. :
:

---

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of D. Greg Blankinship, Plaintiff will move this Court, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 25 of the Federal Rules of Civil Procedure to substitute Denise Jaffe and Daniel Adler, in their capacity as co-executors of Milton Adler's estate, for Milton Alder as Plaintiffs.

DATED:  October 30, 2014

          **FINKELSTEIN, BLANKINSHIP,**
          **FREI-PEARSON & GARBER, LLP**

          By:*/s/ D. Greg Blankinship*
          D. Greg Blankinship
          1311 Mamaroneck Avenue, Suite 220
          White Plains, New York 10605
          Tel: (914) 298-3281
          Fax: (914) 824-1561
          gblankinship@fbfglaw.com

          Attorneys for Plaintiff

{00267954 }